

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00445-CV

Perrysburg, LLC, Paolo Plaza, and Walter Plaza
v.
Jose Alberto Martinez-Soto and Yessica Lizbeth Martinez-Soto, individually and as assignee of Marco Antonio Flores Villarreal

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Court Cause No. C-2716-22-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

March 6, 2025